Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ∷
Kiki Chrisomallides*
Dylan Braverman
Adam S. Covitt

Kevin D. Porter
Susan Vari

Brian Andrews
Margaret Antonino* ■
Edward J. Arevalo
Robert Boccio
Bruce Brady *
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Jason Lavery *
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis –
Jennifer M. Lobaito
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Vincent Nagler **
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Nicole M. Varisco
Julia F. Wilcox ∷
Arthur I. Yankowitz**

Danielle Bennett ∆
Theresa A. Bohm
Angela R. Bonica *
Julia Combs †
Christine Crane
Michael P. Diven * ** ∷
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Jillian Kuper †
Christian McCarthy
John O'Brien
Daniel O'Connell * ■
Kara Ognibene †
Emily Phillips
Alesha Powell
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Tyler Weingarten †
Alexandra Zerrillo * ** ∷

*Of Counsel*
Patricia M. Comblo ∷ ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Paul Varriale
Karolina Wiaderna

\* Also Admitted to Practice in NJ
\*\* Also Admitted to Practice in CT
\*\*\* Also Admitted to Practice in NJ, CT, DC
– Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
∷ Admitted to Practice in CO
† Admission Pending



March 8, 2023

**VIA CM/ECF**

Hon. Paul A. Engelmayer
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

     Re:   *Brito v. Harlem Center for Nursing and Rehabilitation*
             Case No. 1:22-cv-09937-PAE

Dear Judge Engelmayer:

     The parties jointly submit this letter to update the Court on the status of the appeals in *Leroy v. Hume*, Nos. 21-2158, 21-2159 (cons.), *Rivera-Zayas v. Our Lady of Consolation Geriatric Care Center*, 21-2164, and *Solomon v. St. Joseph Hospital,* No. 21-2729.

     On March 7, 2023, the Second Circuit issued a decision in *Solomon*, ruling that (1) plaintiff's state state-law claims were not completely preempted by the PREP Act because they did not fall within the scope of the PREP Act's federal cause of action for willful misconduct; (2) there was no jurisdiction under the federal-officer removal statute because defendants therein did not "act under" a federal officer; and (3) plaintiff's claims did not "arise under" federal law.

     The Second Circuit has ordered that supplemental briefing addressing the effect, if any, of the *Solomon* decision on the *Leroy* and *Rivera-Zayas* appeals be submitted by March 21, 2023. The parties expect a decision thereafter in short order.

     We thank the Court for its continued attention to this matter.

                                               Sincerely,

                                               *Megan A. Lawless*

                                               Megan A. Lawless (ML3227)
                                               (m.lawless@vbpnplaw.com)

TO: (via CM/ECF)
All Parties of Record