UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ESTATE OF SHIRLEY BRITO,

                                        Plaintiff,

                        -v-

HARLEM CENTER FOR NURSING AND
REHABILITATION, LLC, *et al.*,

                                        Defendants.

---

22 Civ. 9937 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On December 14, 2023, the Court stayed the above-captioned case pending the Second

Circuit's resolution of three appeals implicating this Court's jurisdiction. Dkt. 12.

On March 8, 2023, the parties notified the Court of the Second Circuit's decision in

*Solomon v. St. Joseph Hospital*, No. 21-2729. Dkt. 13. On March 10, 2023, the Court ordered

the parties to provide a joint status update within 48 hours of the Second Circuit's resolution of

the remaining two cases—that is, *Leroy v. Hume*, No. 21-2158 and *Rivera-Zayas v. Our Lady of

Consolation Geriatric Care Center*, No. 21-2164. On April 13, 2023, the Second Circuit issued

summary orders in both cases. However, the parties have not filed the joint status report as

directed.

Accordingly, the Court orders the parties to file, by April 21, 2023, a joint letter as to the

above-captioned case's current status and the effect of the Second Circuit decisions in *Solomon*,

*Leroy*, and *Rivera-Zayas*.

        SO ORDERED.

_Paul A. Engelmayer_

PAUL A. ENGELMAYER
United States District Judge

Dated:  April 18, 2023
        New York, New York